# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
State of Minnesota, by and through its Attorney General Keith Ellison

## DEFENDANTS
Donald J. Trump, in his official capacity as President of the United States; United States Department of Justice; Pamela Bondi...

**(b)** County of Residence of First Listed Plaintiff: **Ramsey**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Office of the Minnesota Attorney General, 445 Minnesota Street, Suite 600, Saint Paul, MN 55101, (651) 757-1010

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT

Marked: **899 Administrative Procedure Act/Review or Appeal of Agency Decision**

## V. ORIGIN
- [x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S. Const. arts. I, II; 5; 20 U.S.C. § 1681; U.S. Const. amed. X; 5 U.S.C. § 706

Brief description of cause:
Challenge to executive and agency action as ultra vires, unconstitutional, and in violation of the Administrative Procedure Act

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $: declaration & injunction
- JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY

DATE: April 22, 2025
SIGNATURE OF ATTORNEY OF RECORD: s/ Liz Kramer

**FOR OFFICE USE ONLY**
RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE