UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **STATE OF MINNESOTA** *by and through its Attorney General Keith Ellison* <br><br> Plaintiff, <br><br> v. <br><br> **DONALD J. TRUMP** *in his official capacity as President of the United States* <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** <br><br> **PAMELA BONDI** *in her official capacity as Attorney General of the United States* <br><br> Defendants. | Court File No. 25-CV-1608 (SRN/DLM) |

### ORDER OF RECUSAL AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses herself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated July 19, 2021, the above-captioned action shall be resubmitted to the Clerk of Court for

reassignment, and the Clerk is further directed to void and reuse a card on the appropriate list of the automated case assignment system.

Dated: Wednesday, April 23, 2025          *s/ Susan Richard Nelson*
                                                                Susan Richard Nelson
                                                                United States District Judge