UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

STATE OF MINNESOTA,                                    Case No. 25-CV-1608 (PJS/DLM)

                  Plaintiff,

v.                                                                    ORDER

DONALD J. TRUMP, in his official capacity
as President of the United States; UNITED
STATES DEPARTMENT OF JUSTICE;
PAMELA BONDI, in her official capacity as
Attorney General of the United States,

                  Defendants.

---

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses himself from hearing this matter.  IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated July 19, 2021, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the appropriate list of the automated case-assignment system.


Dated:  April 29, 2025                               s/Patrick J. Schiltz
                                                              Patrick J. Schiltz, Chief Judge
                                                              United States District Court