# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota *by and through its Attorney General Keith Ellison*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Donald J. Trump *in his official capacity as President of the United States*, United States Department of Justice, Pamela Bondi *in her official capacity as Attorney General of the United States*,<br><br>　　　　Defendants. | Case No. 25-CV-01608 (JMB/DLM) |

## ORDER OF RECUSAL AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned Judge. However, the undersigned is married to the Minnesota Solicitor General. Therefore, pursuant to Title 28, United States Code, Section 455(b)(5)(ii), the undersigned recuses himself from hearing this matter.

IT IS HEREBY ORDERED pursuant to this Court's Assignment of Cases Order dated July 19, 2021, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the appropriate list of the automated case assignment system.

Dated: April 29, 2025

　　　　　　　　　　　　　　　　　　　　　/s/ *Jeffrey M. Bryan*
　　　　　　　　　　　　　　　　　　　　　Judge Jeffrey M. Bryan
　　　　　　　　　　　　　　　　　　　　　United States District Court