# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, | No. 25-cv-1608 (ECT/DLM) |
| Plaintiff, | |
| v. | **ORDER TO ANSWER** |
| Donald J. Trump, United States Department of Justice, and Pamela Bondi, | |
| Defendants. | |

Plaintiff filed the Complaint in this matter on April 22, 2025. (Doc. 1.) Defendants were served with the Summons and Complaint on April 24, 2025. (Doc. 11.) More than 21 days have elapsed since the Summons and Complaint were served on Defendants, and while they have noticed their appearance (Doc. 12), they have not filed any response to the Complaint. The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed.

In the interests of ensuring this action's just outcome on the merits, the Court sua sponte **ORDERS** Defendants to file an answer or otherwise respond to Plaintiff's Complaint within **seven days of this Order's date**. Should Defendants fail to do so, Plaintiff shall promptly apply for an entry of default **within 10 days of Defendants' noncompliance** with this Order.

DATED: May 16, 2025

    *s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge