UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota *by and through its Attorney General Keith Ellison*,

    Plaintiff,

v.

Donald J. Trump, *in his official capacity as President of the United States*; United States Department of Justice; and Pamela Bondi, *in her official capacity as Attorney General of the United States,*

    Defendants.

_____

Civil No. 25-1608 (ECT/DLM)

Female Athletes United,

    Plaintiff,

v.

Keith Ellison, *in his official capacity as Attorney General of Minnesota*; Rebecca Lucero, *in her official capacity as Commissioner of the Minnesota Commission on Civil Rights*; Erich Martens, *in his official capacity as Executive Director of the Minnesota State High School League*; Willie Jett, *in his official capacity as the Minnesota Commission of Education*; Independent School District No. 11 School Board; Independent School District No. 192 School Board; and Independent School District No. 279 School Board.

    Defendants.

Civil No. 25-2151 (DWF/SGE)

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASES

Case No. 25-cv-1608 (ECT/DLM) having been assigned to Judge Eric C. Tostrud and Magistrate Judge Douglas L. Micko and Case No. 25-cv-2151 (DWF/SGE) having later been assigned to Judge Donovan W. Frank and Magistrate Judge Shannon G. Elkins and said matter being related cases,

**IT IS HEREBY ORDERED** that Case No. 25-cv-2151 (DWF/SGE) be assigned to Judge Eric C. Tostrud and Magistrate Judge Douglas L. Micko, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:  May 21, 2025          s/ Eric C. Tostrud_____
                              Eric C. Tostrud
                              United States District Court

Dated:  May 21, 2025          s/Donovan W. Frank_____
                              Donovan W. Frank
                              United States District Court