# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **STATE OF MINNESOTA,** *by and through its Attorney General Keith Ellison*<br><br>Plaintiff,<br><br>v.<br><br>**DONALD J. TRUMP,** *in his official capacity as President of the United States;* **UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI** *in her official capacity as Attorney General of the United States*<br><br>Defendants. | Court File No. 25-CV-1608 (ECT/DLM)<br><br><br>**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

Defendants Donald J Trump, United States Department of Justice, and Pamela Bondi move to dismiss all claims against all Defendants under Federal Rule of Civil Procedure 12. This Court should dismiss the Complaint, ECF No. 1, because:

1. under Rule 12(b)(1), the Court lacks subject matter jurisdiction; and

2. under Rule 12(b)(6), Plaintiff has failed to state a claim upon which relief can be granted.

This Motion is based on the accompanying Memorandum of Law in Support, the Complaint, and the entire record of proceedings in this case.

Respectfully submitted,

 */s/ Matthew J. Donnelly*
MATTHEW J. DONNELLY
Attorney
Attorney ID Number 1186694CA
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Telephone: (202) 616-2788
Email: matthew.donnelly3@usdoj.gov


Counsel for the Federal Defendants

Dated:  June 26, 2025