# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, *in her official capacity as Attorney General of the United States*,<br><br>　　　　Defendants. | Case No.: 25-cv-01608 (ECT/DLM)<br><br>**LR 7.1(f) WORD COUNT CERTIFICATE OF COMPLIANCE** |

　　I, Peter J. Farrell, certify that the accompanying *Opposition to the Federal Defendants' Motion to Dismiss Complaint* complies with Local Rule 7.1(f). I further certify that, in preparation of this document, I used Microsoft Word for Office 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced document contains 9,985 words.

　　　　　　　　　　　　　　　　　　/s/ **Pete Farrell**
　　　　　　　　　　　　　　　　　　PETER J. FARRELL (#0393071)
　　　　　　　　　　　　　　　　　　Deputy Solicitor General