UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **STATE OF MINNESOTA,** *by and through its Attorney General Keith Ellison*<br><br>Plaintiff,<br><br>v.<br><br>**DONALD J. TRUMP,** *in his official capacity as President of the United States:* **UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI** *in her official capacity as Attorney General of the United States*<br><br>Defendants. | Court File No. 25-CV-1608 (ECT/DLM)<br><br><br>**CERTIFICATE OF COMPLIANCE WITH D. MINN. LR 7.1(f) AND (h)** |

The undersigned attorney for the Defendants certifies that Defendants' Reply in Support of Motion to Dismiss complies with D. Minn. LR 7.1(f) and (h) because, excluding the parts exempted by the Local Rule, it contains 4,047 words and was prepared using Microsoft Word in Times New Roman 13-point font, a proportionally spaced typeface.

Respectfully submitted,

 */s/ Matthew J. Donnelly*
MATTHEW J. DONNELLY
Attorney
Attorney ID Number 1186694CA
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Telephone: (202) 616-2788
Email: matthew.donnelly3@usdoj.gov

Dated:  September 2, 2025