# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, | No. 25-cv-1608 (ECT/DLM) |
| Plaintiff, | **ORDER** |
| v. | |
| Donald J. Trump, United States Department of Justice, and Pamela Bondi, | |
| Defendants. | |

This case is before the Court on Defendants' Motion to Stay New Deadlines During Appropriations Lapse. (Doc. 33.) The Court finds good cause exists to grant the Motion. The Court will delay issuing any new deadlines in this case until appropriations to the United States Department of Justice are restored.

IT IS HEREBY ORDERED that Defendants should file a notice on the docket when appropriations to the United States Department of Justice are restored.

Dated: October 2, 2025         *s/Douglas L. Micko*_____
                               DOUGLAS L. MICKO
                               United States Magistrate Judge