# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, *in her official capacity as Attorney General of the United States*,<br><br>　　　　Defendants. | Case No.: 25-cv-01608 (ECT/DLM)<br><br>**PLAINTIFF'S MOTION TO LIFT THE STAY AND TO AMEND AND SUPPLEMENT THE COMPLAINT** |

TO:　The Administrator of the Above-Named Court; Defendants Donald J. Trump, U.S. Department of Justice, and Pamela Bondi., through counsel Matthew Donnelly, U.S. Department of Justice, 950 Pennsylvania Ave. N.W., Washington, D.C., 20530.

Plaintiff State of Minnesota, by and through its Attorney General Keith Ellison, moves the Court under its inherent authority, plus Rules 15(a) and 15(d) of the Federal Rules of Civil Procedure and Rule 15.1 of the Local Rules, for an order for leave to file an amended and supplemental Complaint and for an order lifting the stay for this limited purpose. This motion is based upon all files, records and proceedings herein, including the memorandum of law filed and served with this motion.

Dated: November 5, 2025

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Liz Kramer**
LIZ KRAMER (#0325089)
Solicitor General
PETER J. FARRELL (#0393071)
Deputy Solicitor General
ANNA VEIT-CARTER (#0392518)
MAURA ALLEN (#0504790)
KATHERINE BIES (#0401675)
Assistant Attorneys General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*