## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **STATE OF MINNESOTA,** *by and through its Attorney General Keith Ellison*<br><br>Plaintiff,<br><br>v.<br><br>**DONALD J. TRUMP,** *in his official capacity as President of the United States:* **UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI** *in her official capacity as Attorney General of the United States*<br><br>Defendants. | Court File No. 25-CV-1608 (ECT/DLM)<br><br><br>**DEFENDANTS' NOTICE OF RESTORATION OF APPROPRIATIONS** |

The federal Defendants hereby provide notice that Congress has restored appropriations to the United States Department of Justice. *See* U.S. Mot. to Stay, ECF No. 33; Order [Re. Stay], ECF No. 35; *see also* Text Order to Show Cause, ECF No. 46. The Court should accordingly lift the stay that it ordered because of the lapse of appropriations. *See* Order [Re. Stay], ECF No. 35; *see also* Text Order to Show Cause, ECF No. 46.

As directed by this Court, the Defendants will file any opposition to Plaintiff's motion to amend its complaint by November 18, 2025. *See* Text Order to Show Cause, ECF No. 46.

Respectfully submitted,

 */s/ Matthew J. Donnelly*
MATTHEW J. DONNELLY
Attorney
Attorney ID Number 1186694CA
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Telephone: (202) 616-2788
Email: matthew.donnelly3@usdoj.gov


Counsel for the Defendants

Dated:  November 14, 2025

**CERTIFICATE OF COMPLIANCE WITH D. MINN. LR 7.1(f) AND (h)**

I certify that the foregoing complies with D. Minn. LR 7.1(f) and (h) because, excluding the parts exempted by the Local Rule, it contains 106 words and was prepared using Microsoft Word in Times New Roman 13-point font, a proportionally spaced typeface.

 */s/ Matthew J. Donnelly*
MATTHEW J. DONNELLY
Attorney for the Defendants