# EXHIBIT G

| | |
|---|---|
| **From:** | Christmas, Natalie (OASG) |
| **To:** | John Keller |
| **Cc:** | Geissler, Jonas (CRT) |
| **Subject:** | RE: DOJ Letter to AG Ellison 4-8-25 |
| **Date:** | Friday, April 11, 2025 10:26:49 AM |
| **Attachments:** | image001.png |

Good morning,

The Department is willing to grant an additional 7 days for Attorney General Ellison's response. If there is a need for a further extension, please write back with an explanation of the need for the extension.

The Department has initiated a compliance review for the University of Minnesota, Metropolitan State University, and St. Paul Public Schools (ISD #625), regarding funding they receive directly from the Department of Justice.

Thank you,

**Natalie Christmas**
Counsel
Office of the Associate Attorney General
U.S. Department of Justice

---

**From:** John Keller <John.Keller@ag.state.mn.us>
**Sent:** Thursday, April 10, 2025 3:25 PM
**To:** Geissler, Jonas (CRT) <Jonas.Geissler@usdoj.gov>
**Cc:** Christmas, Natalie (OASG) <Natalie.Christmas@usdoj.gov>
**Subject:** [EXTERNAL] RE: DOJ Letter to AG Ellison 4-8-25

Good Afternoon,

I am confirming receipt of your Tuesday correspondence. Minnesota would like an additional two weeks to respond. Can you confirm by COB tomorrow (April 11) whether you will grant an extension?

In addition, I would appreciate clarification of two points in the letter. I would like to know which Minnesota entities will be the focus of the Department of Justice compliance review. And I would like to know which federal funds you are suggesting will be withheld.

Sincerely,

John Keller

**John C. Keller** *he/him/his*



Chief Deputy Attorney General
**Office of the Minnesota Attorney General**
75 Rev. Dr. Martin Luther King, Jr. Blvd., Suite 102, St. Paul, MN 55155
(651) 757-1355 (Office)

**Executive Assistant** – Rachael Bernardini
(651) 247-8557 (Cell)  rachael.bernardini@ag.state.mn.us

---

**From:** Geissler, Jonas (CRT) <Jonas.Geissler@usdoj.gov>
**Sent:** Tuesday, April 8, 2025 4:25 PM
**To:** John Keller <John.Keller@ag.state.mn.us>
**Cc:** Christmas, Natalie (OASG) <Natalie.Christmas@usdoj.gov>
**Subject:** DOJ Letter to AG Ellison 4-8-25

> You don't often get email from jonas.geissler@usdoj.gov. Learn why this is important

Mr. Keller:

Please see the attached letter from the U.S. Department of Justice.  Please acknowledge receipt.

Thank you.

Sincerely,

Jonas Geissler

Senior Counsel
Office of Assistant Attorney General
Civil Rights Division


Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. This electronic communication is available in alternative formats to individuals with disabilities by contacting the sender. Thank you.