# EXHIBIT H



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

June 3, 2025

Commissioner Willie Jett
Minnesota Department of Education
400 NE Stinson Blvd,
Minneapolis, MN 55413

Sent via email only, to: mde.commissioner@state.mn.us

OCR Case Number: 05254060, Minnesota Department of Education

Dear Commissioner Jett:

The United States Department of Education's (Department) Office for Civil Rights (OCR) writes to inform you that OCR received a complaint alleging the Minnesota Department of Education has a policy requiring school districts in Minnesota to permit boys and young men to participate in sports designated for girls and young women, in violation of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.*, and its implementing regulation 34 C.F.R. Part 106.

Pursuant to its regulatory authority, as set forth in 34 C.F.R. § 106.81, OCR may initiate an investigation whenever a report, complaint, or other information indicates a possible failure to comply with the laws and regulations that OCR enforces.

OCR enforces Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.*, and its implementing regulation, 34 C.F.R. Part 106, which prohibit discrimination on the basis of sex in any education program or activity operated by a recipient of Federal financial assistance. Pursuant to its statutory authority, as set forth in 20 U.S.C. § 1682, and if necessary to enforce Title IX, OCR will act to terminate Federal financial assistance or effect compliance by "any other means authorized by law."

OCR is opening an investigation to examine whether the Minnesota Department of Education violates 34 C.F.R. 106.41(b) and/or denies equal athletic benefits and opportunities to female student athletes through general or athletics-specific participation policy(s) that permit, direct, instruct, or require Minnesota high schools to allow males to participate in girls' interscholastic athletics, thereby depriving girls and young women of equal athletic opportunities. As a corollary to this alleged conduct, a potential Title IX violation occurs when a covered entity denies female students female-only intimate facilities, such as sex-separated locker rooms and bathrooms.

*Page 2 – Minnesota Department of Education – 05254060*

OCR's initiation of an investigation is not itself evidence of a violation of federal civil rights laws and regulations. However, the Minnesota Department of Education's posted guidance for schools "A Toolkit for Ensuring Safe and Supportive Schools for Transgender and Gender Nonconforming Students (Revised September 25, 2017)" appears to adopt a position in irresolvable conflict with Federal law and instruct schools throughout Minnesota to do the same. Specifically, it provides as follows:

> Title IX requires schools provide transgender students with the right to participate in such activities, including athletics, in a manner consistent with their gender identity. The Minnesota State High School League allows participation for all students regardless of their gender identity or expression in an environment free from discrimination with an equal opportunity for participation in athletics and fine arts.
>
> If a school does not allow a student to participate on the team consistent with their gender identity or gender expression, a student or the student's family can make an appeal to the Minnesota State High School League (MSHSL) (http://www.mshsl.org/mshsl/index.asp). The Eligibility Appeal Procedures for a transgender student is outlined in the 300.00 Bylaws: Administration of Student Eligibility (http://www.mshsl.org/mshsl/Publications/code/handbook/300 Bylaws.pdf?year=2016) section of MSHSL's Official Handbook For questions and assistance regarding eligibility appeal procedures, contact the MSHSL at (763) XXX-XXXX.

A Toolkit for Ensuring Safe and Supportive Schools for Transgender and Gender Nonconforming Students (Revised September 25, 2017), p8.

As you know, on February 12, 2025, OCR initiated a directed investigation of the Minnesota State High School League (MSHSL) after MSHSL announced its intention to violate federal antidiscrimination laws and, instead, operate only under Minnesota state law as it relates to girls' and women's sports. OCR's investigations of both the Minnesota Department of Education and MSHSL aim to ensure that girls and women who are student-athletes in Minnesota do not have to compete against boys and men in sports designated for female athletes nor endure infringement of their rights to dignity and privacy protected by the provision of female-only intimate spaces.

During the investigation, OCR is neutral; OCR will collect and analyze the evidence it needs in order to make a decision about the complaint. OCR will ensure that its investigation is legally sufficient in accordance with OCR's Case Processing Manual (CPM) (February 19, 2025).

Recipients must not harass, coerce, intimidate, discriminate, or otherwise retaliate against an individual because that individual asserts a right or privilege under a law enforced by OCR or files a complaint, testifies, assists, or participates in a proceeding under a law enforced by OCR. If this happens, the individual may file a retaliation complaint with OCR.

*Page 3 – Minnesota Department of Education – 05254060*

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. If OCR receives such a request, it will seek to protect, to the extent provided by law, personally identifiable information, that, if released, could reasonably be expected to constitute an unwarranted invasion of personal privacy.

OCR's Kansas City enforcement office will conduct this investigation. Should you have any questions, please do not hesitate to contact me, Brad Burke, at Bradley.Burke@ed.gov.

Respectfully,

**BRADLEY BURKE**
Digitally signed by BRADLEY BURKE
Date: 2025.06.03 08:38:52 -05'00'

Bradley R. Burke
Regional Director