UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **STATE OF MINNESOTA,** *by and through its Attorney General Keith Ellison*<br><br>Plaintiff,<br><br>v.<br><br>**DONALD J. TRUMP,** *in his official capacity as President of the United States;* **UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI** *in her official capacity as Attorney General of the United States;* **UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON**, *in her official capacity as Secretary of Education;* **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR.**, *in his official capacity as Secretary of Health and Human Services*<br><br>Defendants. | Court File No. 25-CV-1608 (ECT/DLM)<br><br>**DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

Defendants Donald J Trump; United States Department of Justice; Pamela Bondi; United States Department of Education; Linda McMahon; United States Department of Health and Human Services; and Robert F. Kennedy Jr. move to dismiss all claims against all Defendants under Federal Rule of Civil Procedure 12.

This Court should dismiss the First Amended Complaint, ECF No. 53, in its entirety because:

1. under Rule 12(b)(1), the Court lacks subject matter jurisdiction; and
2. under Rule 12(b)(6), Plaintiff has failed to state a claim upon which relief can be granted.

This Motion is based on the accompanying Memorandum of Law in Support, the First Amended Complaint, and the entire record of proceedings in this case.

Respectfully submitted,

 /s/ Matthew J. Donnelly
MATTHEW J. DONNELLY
Attorney
Attorney ID Number 1186694CA
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Telephone: (202) 616-2788
Email: matthew.donnelly3@usdoj.gov


Counsel for the Federal Defendants

Dated:  January 15, 2026