# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, et al., <br><br> Defendants. | Case No.: 25-cv-01608 (ECT/DLM) <br><br><br> **LR 7.1(f) WORD COUNT CERTIFICATE OF COMPLIANCE** |

I, Katherine Bies, certify that the accompanying *Opposition to the Federal Defendants' Motion to Dismiss Amended Complaint* complies with Local Rule 7.1(f). I further certify that, in preparation of this document, I used Microsoft Word for Office 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced document contains 11,717 words.


Dated: February 26, 2026          s/ Katherine Bies
                                            KATHERINE BIES (#0401675)
                                            Assistant Attorney General