# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, *in her official capacity as Attorney General of the United States*,<br><br>Defendants. | Case No.: 25-cv-01608 (ECT/DLM)<br><br>**DECLARATION OF KATHERINE J. BIES IN SUPPORT OF OPPOSITION TO DEFENDANTS MOTION TO DISMISS AMENDED COMPLAINT** |

I, Katherine Bies, declare under penalty of perjury:

    1.    I am one of the attorneys representing Plaintiff State of Minnesota in the above-captioned matter. I submit this declaration in support of Minnesota's Opposition to Defendants' Motion to Dismiss the Amended Complaint.

    2.    I make this declaration in good faith based on my knowledge of the facts set forth herein.

    3.    Attached as **Exhibit A** is a true and correct copy of a letter that Solicitor General Liz Kramer sent to the United States Department of Education and United States Department of Health and Human Services, Offices for Civil Rights, on behalf of Minnesota Department of Education, dated October 10, 2025.

4.  Attached as **Exhibit B** is a true and correct copy of an email that Solicitor General Liz Kramer received, on behalf of the Minnesota Department of Education, from the United States Department of Education, Office for Civil Rights, dated December 9, 2025.

5.  Attached as **Exhibit C** is a true and correct copy of a letter that Solicitor General Liz Kramer, on behalf of the Minnesota Department of Education, sent to the United States Department of Education and United States Department of Health and Human Services, Offices for Civil Rights, dated December 15, 2025.

6.  Attached as **Exhibit D** is a true and correct copy of a letter that Minnesota Department of Education received from the United States Department of Education, Office for Civil Rights, dated December 22, 2025, entitled Impasse Letter.

7.  Attached as **Exhibit E** is a true and correct copy of a letter that Minnesota Department of Education received from the United States Department of Education, Office for Civil Rights, dated January 12, 2026, entitled Letter of Impending Enforcement Action. Attached to the letter were copies of the Letter of Findings and Resolution Agreement that had been sent on September 30, 2025. (ECF 53 ¶¶ 73-77, Ex. J.)

8.  Attached as **Exhibit F** is a true and correct copy of a letter that Minnesota Department of Education received from the United States Department of Education, Office for Civil Rights, dated January 26, 2026, entitled "Notice of Referral in ED OCR Case Numbers 05254060 and 05258901 HHS OCR Transaction No. 25-626-433-RV-CRR."

9.  Attached as **Exhibit G** is a true and correct copy of a letter from the United States Department of Education and United States Department of Health and Human

Services, Offices of Civil Rights, to Assistant Attorney General Harmeet K. Dhillon at the United States Department of Justice, dated January 26, 2026.

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.

/s/ Katherine Bies<br>KATHERINE J. BIES

Dated: February 26, 2026
County of Carver, State of Minnesota