# Bies Declaration
# Exhibit A

**The Office of**
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity and respect • www.ag.state.mn.us

October 10, 2025

Craig W. Trainor  
Acting Assistant Secretary for Civil Rights  
Office for Civil Rights  
U.S. Department of Education  
400 Maryland Ave. SW  
Washington, DC 20202

Paula M. Stannard  
Director, Office for Civil Rights  
U.S. Department of Health and Human Services  
Humphrey Building  
200 Independence Ave. SW  
Washington, DC 20201

**Re:** ED OCR Case Nos. 05254060 and 05258901
HHS OCR Case No. 25-626-433-RV-CRR

Dear Acting Assistant Secretary Trainor and Director Stannard:

My client, the Minnesota Department of Education, and I are in receipt of the Joint Letter of Findings your office sent on September 30, 2025. I am disappointed that the Minnesota Department of Education was not given any opportunity to provide input during your investigation. I am also disappointed that the Joint Letter includes sensitive information about minors in a public document. And I am disappointed that the Joint Letter—and the Press Release that accompanied it—implied that Minnesota faces imminent cuts to federal funding. As you know, if the federal government intends to follow the law, it would need to follow an extensive, multi-step administrative process before any federal funding to Minnesota education programs or activities could ever be terminated. 20 U.S.C. § 1682.

Neither the Joint Letter nor the attached Proposed Resolution includes a timeframe for the Minnesota Department of Education (or the Minnesota State High School League) to respond. In addition, the federal government is currently shut down and I understand employees in both Offices for Civil Rights are furloughed. As a result, the Minnesota Department of Education will not provide any substantive response at this time.

Sincerely,

LIZ KRAMER  
Solicitor General

(651) 757-1010 (Voice)  
(651) 282-5832 (Fax)  
liz.kramer@ag.state.mn.us

cc: Bradley R. Burke, Regional Director, via email only  
Maren Hulden, General Counsel, via email only  
Kevin Beck, via email only