# Bies Declaration
# Exhibit B

| | |
|---|---|
| **From:** | Burke, Bradley <Bradley.Burke@ed.gov> |
| **Sent:** | Tuesday, December 9, 2025 10:38 AM |
| **To:** | Liz Kramer; kbeck@kellyandlemmons.com; rogeraronsonlaw@gmail.com |
| **Cc:** | Shieh, Daniel (HHS/OCR) |
| **Subject:** | Follow-up on ED OCR Case Numbers 05254060 and 05258901 – Letter of Findings (Notice of Violation) |

You don't often get email from bradley.burke@ed.gov. Learn why this is important

Good morning,

I am writing regarding the Joint Letter of Findings (Notice of Violation) and proposed Resolution Agreement issued by the United States Department of Education Office for Civil Rights (ED OCR) and the United States Health and Human Services Office for Civil Rights (HHS OCR) on September 30, 2025, and the letter sent by Ms. Kramer October 10, 2025 on behalf of the Minnesota Attorney General and the Minnesota Department of Education.

This is to notify you that Kimberly Richey has succeeded Craig Trainor and is now the Assistant Secretary at ED OCR. Any communications directed to ED OCR regarding the Letter of Findings or proposed Resolution Agreement should be directed to Kimberly.Richey@ed.gov with a cc to Bradley.Burke@ed.gov.

As you know, the Letter of Findings (Notice of Violation) and proposed Resolution Agreement were issued on September 30, 2025, and to date, the Department of Education has not received a response from your client indicating whether or not your client is willing to resolve OCR's findings informally with a voluntary resolution agreement.

Accordingly, OCR is asking that you indicate by close of business Monday, December 15, 2025, whether or not your client is interested in signing a voluntary resolution agreement to resolve this matter, or if you believe we are at impasse.

Respectfully,

Brad Burke

Bradley R. Burke
Regional Director
U.S. Department of Education
Office for Civil Rights

Email: Bradley.Burke@ed.gov

