# Bies Declaration
# Exhibit C

**The Office of**
# Minnesota Attorney General Keith Ellison
helping people afford their lives and live with dignity and respect • www.ag.state.mn.us

December 15, 2025

Kimberly Richey                          Paula M. Stannard
Assistant Secretary for Civil Rights     Director, Office for Civil Rights
Office for Civil Rights                   HHS Office for Civil Rights
U.S. Department of Education              200 Independence Ave. SW
400 Maryland Ave. SW                      Washington, DC 20201
Washington, DC 20202
Kimberly.Richey@ed.gov

**Re:**   ED OCR Case Nos. 05254060 and 05258901
          HHS OCR Case No. 25-626-433-RV-CRR

Dear Assistant Secretary Richey and Director Stannard:

On September 30, your agencies issued a Joint Letter of Findings declaring that the Minnesota Department of Education is in violation of Title IX. A proposed "Resolution Agreement" accompanied the Findings. I write in response to recent emails requesting a response to the Resolution Agreement.

Minnesota does not accept the proposed resolution. On December 2, Minnesota added your agencies as defendants in its federal lawsuit challenging the interpretation of Title IX that forms the basis of the Findings. (Any future communication about the Findings, or actions you propose to take related to those Findings, should come through your counsel, Matthew Donnelly.)

As I noted in my October 10 letter, the federal government would need to follow an extensive, multi-step administrative process before any federal funding to Minnesota education programs or activities could ever be terminated. 20 U.S.C. § 1682. I stand ready to seek emergency relief in court if any attempt is made to punish Minnesota for protecting transgender children.

Sincerely,

LIZ KRAMER
Solicitor General

(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us

cc:   Bradley R. Burke, Regional Director, via email only
      W. Daniel Shieh, Sr. Advisor, via email only
      Matthew Donnelly, via email only
      Maren Hulden, General Counsel, via email only
      Kevin Beck, via email only