# Bies Declaration
# Exhibit D

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

December 22, 2025

Commissioner Willie Jett
Minnesota Department of Education
400 NE Stinson Blvd,
Minneapolis, MN 55413
c/o Liz Kramer, Solicitor General
Office of the Minnesota Attorney General
Sent via email only, to: liz.kramer@ag.state.mn.us

Don Peschel, Board President
Erich Martens, Executive Director
Minnesota State High School League
2100 Freeway Boulevard
Brooklyn Center, MN 55430-1735
c/o Kevin Beck, Attorney
Sent via email only, to: kbeck@kmbecklaw.com

Re:   ED OCR Case Numbers 05254060 and 05258901 – Impasse Letter

Dear Messrs. Jett, Peschel, and Martens:

As you know, the U.S. Department of Education, Office for Civil Rights (OCR) issued a Letter of Findings (Notice of Violation) in the above referenced cases, 05254060 (Minnesota Department of Education (MDE)) and 05258901 (Minnesota State High School League (MSHSL)), on September 30, 2025. The letter was accompanied by a proposed voluntary resolution agreement that specifies actions to remedy current and past discrimination and prevent future similar violative conduct.

On October 10, 2025, MDE, through the Minnesota Attorney General's Office, asked OCR to provide a deadline for its response to the Letter of Findings and proposed resolution agreement. MSHSL did not respond to the Letter of Findings or to OCR's request to negotiate a resolution.

On December 9, 2025, OCR asked both the MDE and the MSHSL to indicate by December 15, 2025, whether they were interested in signing a voluntary resolution agreement to resolve this matter, or to indicate if we are at impasse. On December 15, 2025, the MDE, through the Minnesota Attorney General's Office, informed OCR that the MDE will not accept the OCR's proposed voluntary resolution or engage OCR in negotiations. MSHSL remains silent; it has still not responded to OCR's requests of September 30, 2025, or December 9, 2025.

Based on the MDE's proactive refusal to voluntarily negotiate resolution of OCR's concerns and the MSHSL's failure to respond, OCR has determined that a voluntary agreement will not be reached and we are at Impasse. While we hope MDE and MSHSL will reconsider, OCR will issue a Letter of Impending Enforcement Action in 10 calendar days if a resolution agreement is not reached within that 10-day period. Enforcement action may include the initiation of an administrative process set forth in 20 U.S.C. § 1681, *et seq*.; 34 C.F.R. Parts 100, 101, 106; and 20 U.S.C. § 1234, *et seq*. to suspend, terminate, or refuse to grant or to continue

*Page 2 –05254060 and 05258901 – Impasse Letter*

Federal funding – or other means authorized by law including referral to the Department of Justice. This letter does not constitute final agency action.

                          Respectfully,

                          Bradley R. Burke
                          Regional Director