# Bies Declaration
# Exhibit E

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

January 12, 2026

Commissioner Willie Jett
Minnesota Department of Education
400 NE Stinson Blvd,
Minneapolis, MN 55413
c/o Liz Kramer, Solicitor General
Office of the Minnesota Attorney General
Sent via email only, to: liz.kramer@ag.state.mn.us

Don Peschel, Board President
Erich Martens, Executive Director
Minnesota State High School League
2100 Freeway Boulevard
Brooklyn Center, MN 55430-1735
c/o Kevin Beck, Attorney
Sent via email only, to: kbeck@kmbecklaw.com

Re:   ED OCR Case Numbers 05254060 and 05258901 – Letter of Impending Enforcement Action

Dear Messrs. Jett, Peschel, and Martens:

As you know, the U.S. Department of Education, Office for Civil Rights (OCR) issued a Letter of Findings (Notice of Violation) in the above referenced cases, 05254060 (Minnesota Department of Education (MDE)) and 05258901 (Minnesota State High School League (MSHSL)), on September 30, 2025. The letter was accompanied by a proposed voluntary resolution agreement that specifies actions to remedy current and past discrimination and prevent future similar violative conduct.

On October 10, 2025, MDE, through the Minnesota Attorney General's Office, asked OCR to provide a deadline for its response to the Letter of Findings and proposed resolution agreement. MSHSL did not respond to the Letter of Findings or to OCR's request to negotiate a resolution.

On December 9, 2025, OCR asked both the MDE and the MSHSL to indicate by December 15, 2025, whether they were interested in signing a voluntary resolution agreement to resolve this matter, or to indicate if we are at impasse. On December 15, 2025, the MDE, through the Minnesota Attorney General's Office, informed OCR that the MDE will not accept the OCR's proposed voluntary resolution or engage OCR in negotiations.

On December 22, 2025, based on the MDE's proactive refusal to negotiate resolution of OCR's findings of non-compliance, and the MSHSL's failure to respond, OCR issued an Impasse Letter informing the MDE and the MSHSL that OCR would issue a Letter of Impending Enforcement Action in 10 calendar days if a resolution agreement is not reached within that 10-day period. On December 23, 2025, the MSHSL informed OCR the MSHSL will not agree to or

*Page **2** –05254060 and 05258901 – Letter of Impending Enforcement Action*

negotiate a resolution agreement.  MDE provided no response subsequent to its December 15 refusal.

      Based on the MDE's and the MSHSL's refusal to enter into a resolution agreement to resolve OCR's findings of noncompliance, OCR is issuing this Letter of Impending Enforcement Action. The statement of the allegations, OCR's jurisdictional authority, findings of fact, and conclusions are set forth in the attached Letter of Findings (Notice of Violation) issued September 30, 2025, and incorporated by reference herein.

      If the MDE and the MSHSL fail to enter into a resolution agreement with OCR within 10 calendar days from the issuance of this letter, OCR may refer this matter to the United States Department of Justice for potential enforcement. This letter does not constitute final agency action.

      Respectfully,

Bradley R. Burke
Regional Director