# Bies Declaration
# Exhibit F



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

January 26, 2026

Commissioner Willie Jett
Minnesota Department of Education
400 NE Stinson Blvd,
Minneapolis, MN 55413
c/o Liz Kramer, Solicitor General
Office of the Minnesota Attorney General
Sent via email only, to: liz.kramer@ag.state.mn.us

Don Peschel, Board President
Erich Martens, Executive Director
Minnesota State High School League
2100 Freeway Boulevard
Brooklyn Center, MN 55430-1735
c/o Kevin Beck, Attorney
Sent via email only, to: kbeck@kmbecklaw.com

Re:     Notice of Referral in ED OCR Case Numbers 05254060 and 05258901
        HHS OCR Transaction No. 25-626-433-RV-CRR

Dear Commissioner Jett, President Peschel, and Director Martens:

This is to notify you that the U.S. Department of Education, Office for Civil Rights
(ED OCR), and the U.S. Department of Health and Human Services, Office for Civil
Rights (HHS ORS), have referred the above-referenced cases against the Minnesota
Department of Education and Minnesota State High School League to the U.S.
Department of Justice (DOJ). This action was taken because ED OCR and HHS OCR
have been unable to obtain an adequate voluntary agreement(s) from the Minnesota
Department of Education and Minnesota State High School League to correct their
violations of Title IX, 20 U.S.C. § 1681 et seq., and its implementing regulations at
34 C.F.R. Part 106.

By letter dated September 30, 2025, ED OCR and HHS OCR jointly notified the
Minnesota Department of Education and Minnesota State High School League that

they are in violation of Title IX and its implementing regulations. By letter dated January 12, 2026, ED OCR sent the Minnesota Department of Education and Minnesota State High School League a Letter of Impending Enforcement Action. In the Letter of Impending Enforcement Action, ED OCR advised the Minnesota Department of Education and Minnesota State High School League that these cases may be referred to the DOJ pursuant to 34 C.F.R. § 100.8(a) unless an acceptable remedial agreement(s) was provided to OCR within 10 days. To date, the Minnesota Department of Education and Minnesota State High School League have failed to provide a substantive response and have not offered any remedial agreement(s) to resolve violations in order to ensure compliance with Title IX and its implementing regulations.

Therefore, this matter has been referred to the DOJ with a request and recommendation that judicial proceedings be initiated to enforce the rights of the United States under Title IX.

Enclosed is a copy of the joint letter from ED OCR and HHS OCR to the Assistant Attorney General for the Civil Rights Division, The Honorable Harmeet K. Dhillon, which explains the referral.

Sincerely,

Kimberly Richey
Assistant Secretary for Civil Rights

Enclosure