# Bies Declaration
# Exhibit G



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

January 26, 2026

The Honorable Harmeet K. Dhillon
Assistant Attorney General
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Re: **ED OCR Case Numbers 05254060 and 05258901**
**HHS OCR Transaction No. 25-626-433-RV-CRR**
**Title IX Violation**

Dear Assistant Attorney General Dhillon:

The purpose of this letter is to refer to the Department of Justice (DOJ) the noncompliance findings made by the U.S. Department of Education's Office for Civil Rights (ED OCR) and the U.S. Department of Health and Human Services (HHS OCR), against Minnesota Department of Education and Minnesota State High School League (hereafter referred to as "Organizations") pursuant to Title IX of the Education Amendments of 1972 (Title IX), 20 U.S.C. § 1681 *et seq.*, and its implementing regulations at 34 C.F.R. Part 106 (ED) and 45 C.F.R. Part 86 (HHS). ED OCR and HHS OCR jointly request that DOJ commence judicial proceedings against the Organizations found to be in violation of Title IX and its implementing regulations.

The referral of this case to DOJ is authorized by 20 U.S.C. § 1682, which provides for action to effect compliance through administrative hearings or "any other means authorized by law." ED OCR's implementing regulations, 34 C.F.R. § 106.81, and HHS OCR's implementing regulations, 45 C.F.R. § 80.8(a), incorporate 34 C.F.R. § 100.8(a). The latter provision specifically states:

> Such other means may include ... a reference to the Department of Justice with a recommendation that appropriate proceedings be brought to enforce any rights of the United States under any law of the United States ... or any assurance of contractual undertaking ....

Hon. Harmeet K. Dhillon
January 26, 2026
Page 2

By letter dated **September 30, 2025**, ED OCR and HHS OCR jointly notified the Organizations they are in violation of Title IX and its implementing regulations. The Organizations discriminated against female student-athletes by denying athletic benefits and opportunities to female student-athletes competing in interscholastic girls' sports in the state of Minnesota and allowing males access to female-only intimate facilities. On that same date, ED OCR and HHS OCR also sent the Organizations a proposed voluntary resolution agreement to resolve the investigation pursuant to 45 C.F.R. § 80.8(d). On December 9, 2025, ED OCR and HHS OCR again reached out to counsel for the Organizations to inform ED and HHS whether they intended to sign the proposed voluntary resolution agreement.

By letter dated **December 22, 2025,** ED OCR issued an Impasse Letter noting that ongoing attempts to negotiate an agreement to remedy current and past discrimination were unsuccessful. It noted the several attempts between October 10, 2025, and December 15, 2025, made by ED OCR to resolve the discrimination.

By letter dated **January 12, 2026**, ED OCR sent the Organizations a Letter of Impending Enforcement Action. Collectively, we have provided opportunities to the Organizations to take corrective action to ensure compliance with Title IX and its implementing regulations. The Organizations have failed to take action to correct their noncompliance.

In the Letter of Impending Enforcement Action dated **January 12, 2026,** ED OCR advised the Organizations that the cases may be referred to the DOJ pursuant to 34 C.F.R. § 100.8(a) unless an acceptable remedial agreement(s) was provided to OCR. To date, the Organizations have not provided a remedial agreement(s) to remedy the violations to ensure compliance with Title IX and its implementing regulations.

Enclosed please find our joint Letter of Findings (Notice of Violation) from **September 30, 2025**, and the Letter of Impending Enforcement Action from **January 12, 2026,** which notified Organizations of the potential referral to DOJ. Our files are available for your review if you need any further information or supporting documentation for this case. Please let us know if you have any questions about this matter. We look forward to working with you on this matter.

Sincerely,

Kimberly Richey
Assistant Secretary for Civil Rights
ED OCR

Paula M. Stannard
Director
HHS OCR