UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, *by and through
its Attorney General Keith Ellison*,

      Plaintiff,

v.

Donald J. Trump, *in his official capacity
as President of the United States*;
United States Department of Justice;
Pamela Bondi, *in her official capacity
as Attorney General of the United States*;
United States Department of Education;
Linda McMahon, *in her official capacity
as Secretary of Education*; United States
Department of Health and Human Services;
and Robert F. Kennedy, Jr., *in his official
capacity as Secretary of Health and Human
Services*,

      Defendants.

_____

United States of America,

      Plaintiff,

v.

Minnesota Department of Education;
And Minnesota State High School League,

      Defendants.

_____

Case No. 25-cv-1608 (ECT/DLM)

Case No. 26-cv-2078 (KMM/DLM)

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 25-cv-1608 (ECT/DLM) having been assigned to Judge Eric C. Tostrud and Magistrate Judge Douglas L. Micko; and Case No. 26-cv-2078 (KMM/DLM) having later been assigned to Judge Katherine M. Menendez and Magistrate Judge Douglas L. Micko; and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 26-cv-2078 (KMM/DLM) be assigned to Judge Eric C. Tostrud and Magistrate Judge Douglas L. Micko nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:  March 30, 2026                    *s/Eric C. Tostrud*
                                          Eric C. Tostrud
                                          United States District Court


Dated:  March 30, 2026                    *s/Katherine M. Menendez*
                                          Katherine M. Menendez
                                          United States District Court

2