**The Office of**
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect  •  *www.ag.state.mn.us*

April 2, 2026

The Honorable Eric C. Tostrud
U.S. District Court Judge, District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse
316 N. Robert Street
St. Paul, MN  55101

> **Re:** ***State of Minnesota v. Donald J. Trump, et al.***
> **Case No. 25-cv-01608 (ECT/DLM) (D. Minn.)**

Dear Judge Tostrud:

Plaintiff State of Minnesota writes to ask the Court for the opportunity to submit a short, supplemental brief addressing the impact of the newly filed enforcement action, *United States v. Minnesota Department of Education et al* (MDE), No. 26-cv-2078 (ECT/DLM), on the pending motion to dismiss in *Minnesota v. Trump*.

Minnesota has alleged an imminent injury in the face of Defendants' repeated threats to cut federal funding in the state if Minnesota does not abandon its state law and policies and adopt the President's policy preferences to categorically exclude transgender youth from sports teams and facilities that align with their gender identity.  Am. Compl. ¶¶ 2-4, 54-78; ECF 66 at 18-22.  As part of this pressure campaign, Defendants have repeatedly threatened to file an imminent enforcement action if Minnesota did not change its state law and policies.  Am. Compl. ¶¶ 64, 78.  Two weeks before the scheduled April 13, 2026, hearing on the pending motion to dismiss, Defendant Department of Justice filed an enforcement action against the Minnesota Department of Education and the Minnesota State High School League.  The complaint alleges that Minnesota's policies and practices violate Title IX, seeking declaratory and injunctive relief and damages.  Compl., *United States v. MDE*, No. 26-cv-2078 (D. Minn. Mar. 30, 2026).

Defendants chose not to address the threatened (and now realized) enforcement action in their opening brief, which focused only on the multi-step administrative process to terminate funding under Title IX.  ECF 62 at 10-13, 18-21.  In their reply brief, Defendants argued for the first time that "no legal consequences will flow from the filing of any suit," ECF 68 at 5, and Minnesota "cannot claim imminent injury from a lawsuit," *id.* at 10.  Minnesota did not have an opportunity to respond directly to these arguments raised only in the reply.  Now that the anticipated enforcement action has been filed, Minnesota requests the opportunity to provide supplemental briefing on why the filing of the enforcement action[1] reaffirms its arguments that it has standing, the case is ripe for review, and there has been final agency action.

---

[1] In evaluating a motion to dismiss, courts may consider materials that are part of the public record or subject to judicial notice. *Miller v. Redwood Toxicology Lab'y, Inc.*, 688 F.3d 928, 931 & n.3 (8th Cir. 2012).

Honorable Eric J. Tostrud
April 2, 2026
Page 2


On March 30th and 31st, 2026, Plaintiff's counsel met and conferred with Defendants' counsel about whether the filing of the enforcement action moots all or part of the pending motion to dismiss. Defendants' counsel responded that the motion is not mooted and all claims against all Defendants should still be dismissed. *See* attached E-mail from Matthew Donnelly to Katherine Bies (Mar. 31, 2026).

Thank you for your consideration.

Respectfully,

**s/ Katherine Bies**
KATHERINE BIES
Special Counsel
Atty. Reg. No. 0401675

(651) 300-0917 (Voice)
(651) 282-5832 (Fax)
Katherine.Bies@ag.state.mn.us

*Attorney for Plaintiff State of Minnesota*

cc:    All counsel of record

## Katie Bies

| | |
|---|---|
| **From:** | Donnelly, Matthew (OASG) <Matthew.Donnelly3@usdoj.gov> |
| **Sent:** | Tuesday, March 31, 2026 11:03 AM |
| **To:** | Katie Bies |
| **Cc:** | Liz Kramer; Peter Farrell; Maura Allen |
| **Subject:** | RE: Minn v. Trump |

Hi Katie – Thanks for reaching out.  I'm aware of the complaint.  To answer your questions:

1. No; all claims against all Defendants should still be dismissed in *Minnesota v. Trump* for lack of jurisdiction and alternatively for failure to state a claim
2. No, given that all claims against all Defendants should still be dismissed in *Minnesota v. Trump*

Thanks,
Matt

**From:** Katie Bies <Katherine.Bies@ag.state.mn.us>
**Sent:** Monday, March 30, 2026 5:56 PM
**To:** Donnelly, Matthew (OASG) <Matthew.Donnelly3@usdoj.gov>
**Cc:** Liz Kramer <Liz.Kramer@ag.state.mn.us>; Peter Farrell <Peter.Farrell@ag.state.mn.us>; Maura Allen <Maura.Allen@ag.state.mn.us>
**Subject:** [EXTERNAL] Minn v. Trump

Matt,

Today, we received notice that the Department of Justice filed the attached civil enforcement action against the Minnesota Department of Education and the Minnesota State High School League under Title IX. Since you are not listed on the complaint's signature block, we wanted to see if you were aware of this new lawsuit.

We also wanted your views on the following:

- Whether the filing of the civil enforcement action moots all or part of your pending motion to dismiss in *Minnesota v. Trump*?
- Whether a FRCP 42 consolidation is appropriate?

Please let us know your views by tomorrow close of business so that we can update the court.

Thanks,
Katie



**Katie Bies** *(she/her)*
Special Counsel | Rule of Law

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Phone: 651-300-0917 | Email: Katherine.Bies@ag.state.mn.us | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. This electronic communication is available in alternative formats to individuals with disabilities by contacting the sender. Thank you.