**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*,

      Plaintiff,

      v.

DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.*,*

      Defendants.

Case No.: 25-cv-01608 (ECT/DLM)

**LR 7.1(f) and (h) WORD COUNT CERTIFICATE OF COMPLIANCE REGARDING PLAINTIFF'S SUPPLEMENTAL MEMORANDUM**

I, Katherine Bies, certify that Plaintiff's Supplemental Memorandum In Opposition To Federal Defendants' Motion to Dismiss Amended Complaint complies with Local Rule 7.1(f) and (h).  I further certify that, in preparation of this document, I used Microsoft Word for Office 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  I further certify that the above-referenced document contains 2,183 words.

Dated:  April 7, 2026

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Katherine Bies**
KATHERINE BIES
Assistant Attorney General
Atty. Reg. No. 0401675

2

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-0917 (Voice)
(651) 282-5832 (Fax)
Katherine.Bies@ag.state.mn.us

*Attorney For Plaintiff State of Minnesota*

|#6334346-v1

2