# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **STATE OF MINNESOTA,** *by and through its Attorney General Keith Ellison*<br><br>Plaintiff,<br><br>v.<br><br>**DONALD J. TRUMP,** *in his official capacity as President of the United States:* **UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE,** *in his official capacity as Acting Attorney General of the United States*; **UNITED STATES DEPARTMENT OF EDUCATION**; **LINDA MCMAHON**, *in her official capacity as Secretary of Education*; **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**; **ROBERT F. KENNEDY JR.**, *in his official capacity as Secretary of Health and Human Services*<br><br>Defendants. | Court File No. 25-CV-1608 (ECT/DLM)<br><br><br>**CERTIFICATE OF COMPLIANCE WITH D. MINN. LR 7.1(f) AND (h)** |

The undersigned attorney for the Defendants certifies that Defendants' Supplemental Brief complies with D. Minn. LR 7.1(f) and (h) because, excluding the parts exempted by the Local Rule, it contains 1,850 words and was prepared using Microsoft Word in Times New Roman 13-point font, a proportionally spaced typeface.

Respectfully submitted,

 /s/ *Matthew J. Donnelly*
MATTHEW J. DONNELLY
Attorney
Attorney ID Number 1186694CA
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Telephone: (202) 616-2788
Email: matthew.donnelly3@usdoj.gov

Dated:  April 10, 2026                    Counsel for the Defendants